IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02392-PAB-KLM

LAUREN GOYEN,

    Plaintiff,

v.

VAIL CORPORATION a/k/a Vail Holdings, Inc.,
d/b/a Vail Associates, Inc., and
UMR, INC., f/k/a Fiserv Health,

    Defendants.

## ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant Vail Corporation's unopposed motion to file a surresponse [Docket No. 45].  It is

    **ORDERED** that defendant Vail Corporation's unopposed motion to file a surresponse [Docket No. 45] is GRANTED.  Vail Corporation shall file its surresponse on or before August 26, 2011, such surresponse not to exceed five pages.

    DATED August 18, 2011.